**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. CURCIO,                                        No. C 05-3764 MMC

        Petitioner,                                 **ORDER DISMISSING ACTION**

  v.

FEDERAL BUREAU OF INVESTIGATION,

        Respondent
_____/

      By order filed October 13, 2005, the Court dismissed petitioner's Petition to Perpetuate Testimony.  The Court afforded petitioner the opportunity to file an amended petition no later than October 31, 2005.  To date, petitioner has not filed an amended petition.

      Accordingly, for the reasons set forth in the order filed October 15, 2004, the Court hereby DISMISSES the above-entitled action without prejudice, for lack of subject matter jurisdiction.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated:  November 3, 2005

                             MAXINE M. CHESNEY
                             United States District Judge